UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

KEVIN OMAR HARPER,

    Plaintiff,

v.                                  Case No. 18-C-753

ERIC STEFONEK, et al.,

    Defendants.

## ORDER DENYING MOTION FOR DEFAULT

Plaintiff has filed a Motion for Default Judgment against the defendants, even though the defendants have filed Answers denying liability as to the claims set forth in the Complaint. In essence, it appears that Plaintiff is seeking summary judgment. By his own admission, however, the defendants deny liability. It is premature to seek summary judgment, especially based simply on the unauthenticated documents the defendant has filed. Accordingly, the motion is denied.

Dated this __25th__ day of October, 2018.

                                                  s/ William C. Griesbach
                                                  William C. Griesbach, Chief Judge
                                                  United States District Court