UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

KEVIN OMAR HARPER,

        Plaintiff,

    v.                                   Case No. 18-C-753

ERIC STEFONEK, et al.,

        Defendants.

---

## ORDER

---

      This matter comes before the court on *pro se* Plaintiff Kevin Harper's motion to amend the complaint. ECF No. 57. According to his motion, Harper seeks to add additional claims and defendants to his complaint. In order to amend the complaint, Harper needs to attach an amended complaint to his motion that includes all of the defendants as well as all of the claims Harper seeks to bring against those defendants and the facts upon which those claims are based. Harper's motion fails to comply with the local rules of the district, which state that "[t]he proposed amended pleadings must be filed as an attachment to the motion to amend." Civil L.R. 15(b) (E.D. Wis.). Harper did not attach his proposed amended complaint to his motion. Accordingly, Harper's motion will be denied, but without prejudice. Harper may promptly renew his motion and attach a proposed amended complaint to his motion in compliance with the local rules.

      **SO ORDERED** this  10th  day of December, 2018.

                              s/ William C. Griesbach
                              William C. Griesbach, Chief Judge
                              United States District Court